UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jennifer Livingston, et al.
                        Plaintiff,

v.                                               Case No.: 1:16–cv–10156
                                                 Honorable Sara L. Ellis

City Of Chicago
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 7, 2017:

      MINUTE entry before the Honorable Young B. Kim: Status hearing held by phone and continued to December 14, 2017, at 1:00 p.m. by phone to discuss whether the parties are prepared to schedule another settlement conference to discuss the claims of Plaintiffs Bain, Chevez, Lazzara, Maples, Snevely, and Venegas. Parties are to use the same call–in information. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.