**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Jennifer Livingston, et al.
                          Plaintiff,

v.                                    Case No.: 1:16–cv–10156
                                          Honorable Sara L. Ellis

City Of Chicago
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 13, 2017:

      MINUTE entry before the Honorable Young B. Kim: Tomorrow's status hearing is rescheduled for January 10, 2018, at 3:00 p.m. by phone. Parties are to use the same call–in information. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.