**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Jennifer Livingston, et al.
                        Plaintiff,

v.                                                     Case No.: 1:16−cv−10156
                                                          Honorable Sara L. Ellis

City Of Chicago
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 10, 2018:

      MINUTE entry before the Honorable Young B. Kim: Status hearing held by phone and continued to February 1, 2018, at noon by phone. Parties are to use the same call−in information. Parties are to consider the week of April 16, 2018, for an in−person settlement conference. The settlement conference will start at 10:00 a.m. in courtroom 1019. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.