Exhibit 2

# Charlie Wysong

**From:** Charlie Wysong
**Sent:** Friday, May 8, 2020 12:55 PM
**To:** Schaller, Rachel L.; Hawley, Alicia M.; Baber, Sukrat A.
**Cc:** Marni Willenson (marni@willensonlaw.com); Christopher Wilmes
**Subject:** RE: Livingston

Hello Rachel,

Thank you for following up.  To clarify, we are not opposed to deduplication and were not trying to suggest putting 9 million items into Relativity.

We are asking if the City would run Relativity active learning on the collection of 1.22 million <u>unique</u> emails (1.49 million documents,  if you include attachments) with agreed procedures that include the at least the four elements noted below.

We would also agree that the email collection could be further narrowed with email threading, so long as the City does not remove any lesser included email that has an attachment, and the City will later produce specific lesser included emails upon request.

Please let us know.

Best,

Charlie

**From:** Schaller, Rachel L. <rschaller@taftlaw.com>
**Sent:** Friday, May 8, 2020 11:57 AM
**To:** Charlie Wysong <cwysong@HSPLEGAL.COM>; Hawley, Alicia M. <ahawley@taftlaw.com>; Baber, Sukrat A. <SBaber@taftlaw.com>
**Cc:** Marni Willenson (marni@willensonlaw.com) <marni@willensonlaw.com>; Christopher Wilmes <cwilmes@HSPLEGAL.COM>
**Subject:** RE: Livingston

Charlie:

The City will not agree to any protocol that involves using CAL on the 9 million records housed at Garrett.

Thank you,

Rachel

**From:** Charlie Wysong <cwysong@HSPLEGAL.COM>
**Sent:** Tuesday, May 5, 2020 11:10 AM
**To:** Schaller, Rachel L. <rschaller@taftlaw.com>; Hawley, Alicia M. <ahawley@taftlaw.com>; Baber, Sukrat A. <SBaber@taftlaw.com>
**Cc:** Marni Willenson (marni@willensonlaw.com) <marni@willensonlaw.com>; Christopher Wilmes

<[cwilmes@HSPLEGAL.COM](mailto:cwilmes@HSPLEGAL.COM)>
**Subject:** RE: Livingston

Rachel,

Thank you for the update. Please let us know by COB Wednesday given the schedule.

Best,

Charlie

---

**From:** Schaller, Rachel L. <[rschaller@taftlaw.com](mailto:rschaller@taftlaw.com)>
**Sent:** Monday, May 4, 2020 3:30 PM
**To:** Charlie Wysong <[cwysong@HSPLEGAL.COM](mailto:cwysong@HSPLEGAL.COM)>; Hawley, Alicia M. <[ahawley@taftlaw.com](mailto:ahawley@taftlaw.com)>; Baber, Sukrat A. <[SBaber@taftlaw.com](mailto:SBaber@taftlaw.com)>
**Cc:** Marni Willenson ([marni@willensonlaw.com](mailto:marni@willensonlaw.com)) <[marni@willensonlaw.com](mailto:marni@willensonlaw.com)>; Christopher Wilmes <[cwilmes@HSPLEGAL.COM](mailto:cwilmes@HSPLEGAL.COM)>
**Subject:** RE: Livingston

Charlie:

Our client needs more time to consider your proposal.

Thank you,

Rachel

**Taft /**    **Rachel L. Schaller**
Partner
rschaller@taftlaw.com
Dir: 312.836.4128
Tel: 312.527.4000 | Fax: 312.966.8535
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713

**taftlaw.com**

To receive regular COVID-19 updates from Taft, <u>subscribe here</u>. For additional resources, visit Taft's COVID-19 <u>Resource Toolkit</u>.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Schaller, Rachel L. <[rschaller@taftlaw.com](mailto:rschaller@taftlaw.com)>
**Sent:** Friday, May 1, 2020 10:45 AM
**To:** Charlie Wysong <[cwysong@HSPLEGAL.COM](mailto:cwysong@HSPLEGAL.COM)>; Hawley, Alicia M. <[ahawley@taftlaw.com](mailto:ahawley@taftlaw.com)>; Baber, Sukrat A. <[SBaber@taftlaw.com](mailto:SBaber@taftlaw.com)>

**Cc:** Marni Willenson (marni@willensonlaw.com) <marni@willensonlaw.com>; Christopher Wilmes <cwilmes@HSPLEGAL.COM>
**Subject:** RE: Livingston

Charlie:

We will respond to your proposal early next week.

Thank you,

Rachel

**Taft /** **Rachel L. Schaller**, Partner
Litigation
Direct: 312.836.4128 | Office Ext: 34128
Taft Office: Chicago

**From:** Charlie Wysong <cwysong@HSPLEGAL.COM>
**Sent:** Thursday, April 30, 2020 4:46 PM
**To:** Schaller, Rachel L. <rschaller@taftlaw.com>; Hawley, Alicia M. <ahawley@taftlaw.com>; Baber, Sukrat A. <SBaber@taftlaw.com>
**Cc:** Marni Willenson (marni@willensonlaw.com) <marni@willensonlaw.com>; Christopher Wilmes <cwilmes@HSPLEGAL.COM>
**Subject:** Livingston


Dear Rachel, Alicia, and Sukrat,

Has the City yet done email threading on the Livingston email collection?

Regarding the City's proposed use of CAL, is the City willing to search the full e-mail collection (pre-search terms) using an *agreed* CAL protocol that includes provisions at least for a) the initial training documents, b) quality control of the coding, c) a stopping criteria, and d) validation?

Please let us know.

Best,

Charlie