# EXHIBIT 2



# Assisted Review Active Learning Guide

June 8, 2020 | Version 9.6.202.10

# Table of Contents

**1 Active Learning** ......................................................................................... **4**

   1.1 Special considerations ........................................................ 4

**2 Environment and workspace setup** ..................................... **6**

   2.1 Installing the Active Learning application .......................... 6

      2.1.1 Agent configuration ................................................ 6

      2.1.2 Relevant instance setting table values .................. 6

   2.2 Required workspace components ...................................... 6

      2.2.1 Saved search ......................................................... 6

      2.2.2 Analytics index ....................................................... 7

      2.2.3 Reviewer group ...................................................... 7

      2.2.4 Review field with two choices ............................... 7

      2.2.5 Review layout ......................................................... 7

   2.3 Pre-project sampling ......................................................... 8

**3 Security permissions** .............................................................. **9**

   3.1 Creating an Active Learning project .................................. 9

   3.2 Viewing and editing an Active Learning project ............... 9

   3.3 Deleting an Active Learning project .................................10

   3.4 Reviewer permissions ..................................................... 10

**4 Project setup** ...........................................................................**11**

   4.1 Creating an Active Learning project .................................11

      4.1.1 Fields .....................................................................11

   4.2 Post-project setup ............................................................11

      4.2.1 Project document list view .....................................11

      4.2.2 Manually-selected documents ...............................12

      4.2.3 Adding new documents ..........................................12

**5 Reviewer access** ....................................................................**13**

   5.1 Project document view ......................................................13

      5.1.1 Inactive reviewer ...................................................13

      5.1.2 Active reviewer ......................................................13

5.2 Review workflow ...................................................................................................... 14

5.3 Active Learning process ........................................................................................... 15

    5.3.1 Active Learning viewer protocol ......................................................................... 15

    5.3.2 Active Learning queue relational functionality .................................................... 15

**6 Project home** .............................................................................................................. **16**

6.1 Document Rank Distribution ..................................................................................... 17

6.2 Prioritized Review Progress ..................................................................................... 17

6.3 Review Statistics ...................................................................................................... 17

6.4 Update Ranks ........................................................................................................... 18

6.5 Notifications ............................................................................................................. 19

6.6 Project Settings ........................................................................................................ 19

6.7 Prioritized Review .................................................................................................... 20

    6.7.1 Adding Reviewers ............................................................................................. 20

    6.7.2 Starting the Prioritized Review queue ............................................................... 21

    6.7.3 Adding new documents ..................................................................................... 21

6.8 Elusion Test ............................................................................................................. 22

    6.8.1 Starting the Elusion Test ................................................................................... 23

    6.8.2 Running an Elusion Test ................................................................................... 24

    6.8.3 Reviewing Elusion Test results ......................................................................... 24

**7 Project monitoring** ..................................................................................................... **26**

7.1 Document rank distribution ....................................................................................... 26

    7.1.1 Document rank distribution chart ....................................................................... 27

7.2 Prioritized review progress ....................................................................................... 27

7.3 Quality control .......................................................................................................... 29

**8 Review statistics** ........................................................................................................ **30**

8.1 Prioritized Review .................................................................................................... 30

8.2 Elusion Test ............................................................................................................. 30

8.3 Manually-Selected Documents ................................................................................. 32

# 1 Active Learning

Active Learning is an application that lets you run continuously updated cycles of documents for review, based on your review strategy. The advantages of Active Learning include real-time intelligence, efficiency, flexibility, and integration with all the power of the Relativity platform.

Start your Active Learning project by creating a new classification index and choosing a single-choice field for reviewers to code relevance. Once you start the review, reviewers can access the review and begin coding documents. Coding decisions are ingested by the Active Learning model where Active Learning takes place. The model gets better at serving relevant documents to reviewers. This whole process is continuous.

As reviewers code and the model updates, project admins can monitor for certain metrics.



See these related pages:

- Environment and workspace setup on page 6
- Security permissions on page 9
- Project setup on page 11
- Review statistics on page 30

## 1.1 Special considerations

- Once you install the Active Learning application, you can't uninstall it.
- ARM is not compatible with classification indexes or Active Learning.
- We recommend you do not delete or remove documents from your searchable set once you've created an Active Learning project as this will cause issues in the Project Statistics.
- We recommend turning off family propagation with Active Learning.

- Analytics classification indexes are copied over when a workspace is used as a template, the same behavior as a conceptual index. However, you can't copy an Active Learning project in a template.

- You need at least five documents coded with the positive designation and five coded with the negative designation to start the model's learning.

- Once the Active Learning model completes its first build, the model builds at maximum every 20 minutes after the previous build to include coding decisions not included in the most recent build. If reviewer activity has been idle for five minutes and there are coding decisions not included in the most recent build, the model will start a build.

# 2 Environment and workspace setup

Before creating an Active Learning project, you must first verify that your system and workspace meet the necessary standards, and then perform the required installation and configuration steps to successfully run an Active Learning project.

## 2.1 Installing the Active Learning application

Install the Active Learning application from the Application Library to your workspace.

**Note:** Once you install the Active Learning application, you can't uninstall it.

### 2.1.1 Agent configuration

Ensure the following agents are installed and configured:

- Relativity Analytics Index Manager
- Analytics Index Progress Manager
- Analytics Categorization Manager
- Active Learning Manager (one per resource pool)
- Active Learning Synchronization Manager (one per resource pool)
- Active Learning Worker (9.6.202.10 and above)

For more information, see the Agents Guide.

### 2.1.2 Relevant instance setting table values

Active Learning uses the following instance settings:

- ReviewQueueRefreshThreshold
- ReviewQueueBatchSize
- ClassificationCategorizationDelay
- ClassificationCategorizationMaxDelay

## 2.2 Required workspace components

A new Active Learning project uses the following components, so you must create them before you can create a project. Even if these items already exist in the workspace, you may want to create a new instance of each specifically for your new project.

### 2.2.1 Saved search

This saved search includes the documents to be used in the Active Learning project. This set of documents is used as the searchable set when you create an Analytics index. The documents must



contain extracted text, and the searchable set must contain example documents to train the model. For more information, see Pre-project sampling on the next page.

> **Note:** The saved search must be public.

### 2.2.2 Analytics index

You must create an Analytics index with Classification as the Index Type. You must create a separate Analytics index for each Active Learning project. For more information, see the Analytics Guide.

> **Note:** The Analytics index you use for your project must be active and have queries enabled for your project to function properly. Before completing a full or incremental population of your index during an ongoing project, we recommend turning off all review queues and turning them back on once the index is active. Project reporting may be incorrect during a full or incremental population but will be corrected once the index is active.

### 2.2.3 Reviewer group

Create a reviewer group with the users you want to access the Active Learning project. You can add or remove users from the group at any time.

> **Note:** The users in this group are not automatically added to the Active Learning project. You must grant each individual access to the Review queue. For more information, see Project setup on page 11.

This review group must have the following security permissions:

| Object Security | Tab Visibility | Other Settings |
| --- | --- | --- |
| ▪ **Document** - View, Edit | ▪ Documents | ▪ **Browsers** - None OR Folders and/or Field Tree and/or Clusters |

- ▪ If Browser permissions are set only to Advanced & Saved Searches, reviewers can't access the Reviewer page.

### 2.2.4 Review field with two choices

Create a single choice field with two choices for reviewers to code on. One choice must represent the positive/responsive designation, and the other the negative/not responsive designation.

> **Note:** We recommend turning off family propagation with Active Learning.

### 2.2.5 Review layout

Relativity will not create a layout automatically; you must create a layout for reviewers to make coding decisions on. However, this layout is not a prerequisite for creating your Active Learning Project.

## 2.3 Pre-project sampling

The Active Learning model only builds once you have at least five documents coded with the positive choice and five coded with the negative choice. If there are fewer than five coded documents for each choice, the system serves random documents in the prioritized review queue until the threshold number of documents are coded. You can use pre-coded documents to help start the model's learning and begin the project with a model build and a ranking of all documents.

If pre-coded documents exist, you can use these coding decisions to start the model's learning. The prioritized review queue can then serve up the highest ranked documents for review. You must ensure these coding decisions are set on the project review field, and that at least five coded documents exist for both the positive and negative choice.

If no pre-coded documents exist, you may want to have reviewers code a sample of documents prior to starting the Active Learning project. You can do this either before or after you create the project. You can draw a sample of documents with specific keywords, from key custodians, within a certain date range, etc. to help focus the sample on documents more likely to be important in the case. You must ensure these coding decisions are set on the project review field, and that at least five coded documents exist for both the positive and negative choice.

**Note:** If relevant documents are very rare, then targeted searches for relevant documents outside of the queue can help make Active Learning more effective.



# 3 Security permissions

This page contains information on the security permissions required for creating and interacting with an Active Learning project.

## 3.1 Creating an Active Learning project

To create an Active Learning project, you need the following permissions:

| Object Security | Tab Visibility |
| --- | --- |
| <ul><li>**Active Learning Project** - View, Edit, Add</li><li>**Active Learning Review** - View, Edit, Add,</li><li>**Active Learning Reviewer** - View, Edit, Add</li><li>**Analytics Categorization Result** - View, Add</li><li>**Analytics Categorization Set** - View, Edit, Add</li><li>**Analytics Index** - View, Edit</li><li>**Field** - View, Edit, Add</li><li>**Object Rule** - View, Add</li><li>**View** - View, Add, Edit Security</li><li>**Workspace** - Edit Security</li></ul> | <ul><li>Active Learning Projects</li></ul> |

## 3.2 Viewing and editing an Active Learning project

To view and edit an Active Learning project, you need the following permissions:

**Note:** It's not possible to have "view-only" Active Learning permissions. If you have permission to view but not edit an Active Learning project, you aren't able to view the project.

| Object Security | Tab Visibility |
| --- | --- |
| <ul><li>**Active Learning Project** - View, Edit</li><li>**Active Learning Review** - View, Edit, Add</li><li>**Active Learning Reviewer** - View, Edit</li><li>**Analytics Categorization Set** - View, Edit</li><li>**Analytics Index** - View</li></ul> | <ul><li>Active Learning Projects</li></ul> |

## 3.3 Deleting an Active Learning project

In order to delete an Active Learning project, you need workspace admin or system admin permissions as there's no other way to delete the view created by the project.

## 3.4 Reviewer permissions

The review group accessing the Active Learning project must have the following permissions:

| Object Security | Tab Visibility | Other Settings |
|---|---|---|
| ■ **Document** - View, Edit | ■ Documents | ■ **Browsers** - None OR Folders and/or Field Tree and/or Clusters |

- ■ If Browser permissions are set only to Advanced & Saved Searches, reviewers can't access the Reviewer page.

- ■ The review group must have access to all documents in the Active Learning project. If documents are not accessible (for example, documents stored in a secured folder) they are not served to reviewers in the queue.

**Note:** The users in this group are not automatically added to the Active Learning project. You must grant each individual access to the Review queue. For more information, see Project setup on the next page.

# 4 Project setup

Before creating a new Active Learning project, ensure you've properly configured the environment and workspace components. For more information, see Environment and workspace setup on page 6

## 4.1 Creating an Active Learning project

1. From your workspace, navigate to **Assisted Review** > **Active Learning Projects**.
2. Click **New Active Learning Project**.
3. Complete the fields on the layout. See Fields below.
4. Click **Save**.

You are then redirected to the project home dashboard.

### 4.1.1 Fields

The Active Learning Project layout contains the following fields:

- **Project Name** - enter a name for your Active Learning project.
- **Analytics Index (Classification)** - select your Analytics Classification index.
- **Review Field** - select the single choice field you created for review. This field must have exactly two choices. You can edit these choices after project creation.
- **Positive Choice** - select the choice that represents the positive/responsive designation.
- **Suppress Duplicate Documents** - selecting this option stops Active Learning from serving documents that are textually similar to other coded documents to be coded (this does not consider word order). This option reduces the total number of documents needed to be reviewed. Since these are not exact duplicates, you will most likely need to review suppressed documents after the project is complete.
- **Reviewer Group** - select the group you want to access the Active Learning project and review queues.

**Note:** Once a project is created, you cannot edit the fields.

## 4.2 Post-project setup

### 4.2.1 Project document list view

Upon saving a new project, Relativity creates a new document list view that's tied to the Active Learning project. This view has the same name as the Active Learning project and is customizable by project admins. This is the only place a logged in user can enter a project queue. This view is automatically secured to the reviewers and returns documents previously reviewed by the currently logged in reviewers.

### 4.2.1.1 Project fields

Relativity also creates new fields that can be used for custom document list reporting. These include the following:

- **<Project Name> Reviewers** - the name of the reviewer who coded the document.
  - You can use this field to identify manually-selected documents. Search for documents where the review field **is set**, but this field **is not set**.

- **<Project Name> Reviewers::User** - the name of the reviewer who coded the document in the queue.

- **<Project Name>:: Elusion Test** - the Elusion Test in which the document was reviewed.

- **<Project Name>:: Prioritized Review** - the 200-document interval in which the document was reviewed in the Prioritized Review.

These fields are updated per document as reviewers code on the project review field.

## 4.2.2 Manually-selected documents

Any document in the project coded on the Project Review field - both from the Active Learning queue and outside of the queue - contributes to the project's learning. Coding decisions that occur outside of the queue are called "manually-selected" documents. Upon creating a new project, the Active Learning project will learn from any manually-selected documents if they exist. This includes documents coded via mass edit or documents imported through the RDC with values coded on the Project Review field.

## 4.2.3 Adding new documents

If you want to add new documents to your Active Learning project after review has begun, complete the following:

1. Click **Pause Review** to stop the review queue.

2. Add your new documents to the saved search used as the searchable set for the classification index.

3. Navigate the **Analytics indexes** tab, and then click the classification index used to create your Active Learning project.

4. On the index console, click **Populate Index: Incremental**.

5. Once the index finishes populating, return to your review queue and click **Start Review**.

**Note:** All documents, including the newly added documents, are given a rank score after the incremental population.



# 5 Reviewer access

This page will cover the reviewer view and workflow in an Active Learning project.

## 5.1 Project document view

Upon saving a new project, Relativity creates a new document list view that's tied to the Active Learning project. This is the only place a logged in user can enter a project queue. This view is automatically secured to the reviewers and returns documents previously reviewed by the currently logged in reviewers. When a reviewer first accesses the view, no documents appear because none have been coded. Documents appear as the reviewer codes documents from the Active Learning queue, the documents appear in the list.

The project document view enables or disables reviewer access based on whether or not the logged in reviewer is added to the queue in the Active Learning project.

### 5.1.1 Inactive reviewer

If a reviewer hasn't been added to the queue or if the queue is paused, they can't access the Active Learning queue from the project document view. The reviewer can still access the view but only for reviewing previously coded documents. An inactive reviewer can still code documents outside the queue if they have permissions to do so.



### 5.1.2 Active reviewer

If a reviewer is added to the queue and the queue is enabled, a blue banner appears in the project document view with a **Start Review** button. Clicking **Start Review** begins the review process for that logged in user.

If the queue is disabled or a reviewer is removed from the queue while reviewing documents, a warning message will appear.



## 5.2 Review workflow

The reviewer clicks **Start Review** to access the Active Learning queue viewer and start reviewing documents. This viewer looks the same no matter which type of queue is active. The Active Learning viewer contains the same functionality available in the standard viewer for non-Active Learning projects, with the exception of navigation controls including keyboard shortcuts legend, keyboard shortcuts enable/disable, document list view, undocked viewer, standalone viewer, swap panes, and the show/hide tab strip.

**Note:** Admins can still grant permissions to specific users or groups for certain icons in the Viewer.



Relativity checks the following before assigning a document to a reviewer:

- The current reviewer has permission to the document

- The document has not been coded already

- The document is not assigned to any other active reviewer

Documents can only be assigned to one reviewer except in cases where the reviewer leaves the viewer without making a coding decision or is automatically logged out. When this happens, the queue can reassign the document. You can view the reviewer assignment from the **Project Reviewers::User field**.



Reviewers code documents on the review field specified for the project and then click **Save and Next** to get a new document. They can also code other fields not associated with the project. Reviewers can skip documents without making a coding decision unless the review field is a required field. They can also click

 to skip the current document and open a new document. In the upper right of the viewer, reviewers can see a running count of all documents they've coded in the project, including skipped documents. Skipped documents are also reflected in the Admin dashboard on Project Home.

In order to access previously reviewed documents, reviewers must exit the Active Learning queue and open documents in the project document list.

> **Note:** Reviewers can change the coding decision on documents they previously reviewed. These documents aren't considered manually-selected documents.

# 5.3 Active Learning process

The actual Active Learning process takes place using a combination of time and detection of new coding decisions. By default, the classification index rebuilds every twenty minutes since the last completed build. However, if Active Learning detects reviewer inactivity of at least five minutes, a build will take place before the twenty-minute threshold is reached.

## 5.3.1 Active Learning viewer protocol

Best results are achieved when the viewer codes based on the so-called "four corners rule". This means that a document should be judged responsive or not responsive based solely on the extracted text of that document only. Although individual anomalies will not hurt the algorithm, too many in aggregate could cause a higher error rate.

## 5.3.2 Active Learning queue relational functionality

The Active Learning queue does not serve up family members. However, relational functionality and email thread visualization is available for family-based review. If family members are coded and they are included in the Active Learning project, those documents contribute to the project and are reported as manually-selected documents.

# 6 Project home

Once you've created the Active Learning project, you're redirected to the project homepage. Here, you can see a new dashboard with the following items:

- **Project Size** - the number of documents in the project. This count reflects the documents successfully indexed. Documents that were removed during the index build are excluded during this count.

- **Coded [Positive Choice]** - the number of documents coded with the positive designation on the review field. This count includes documents coded from the queue and manually-selected documents. These documents are used to teach the model.
  - **Positive Choice manually-selected** - the number of documents that were coded on the positive choice designation field outside of the queue.

- **Coded [Negative Choice]** - the number of documents coded with the negative designation on the review field. These documents are used in teaching the model. This count includes documents coded from the queue and manually-selected documents.
  - **Negative Choice manually-selected** - the number of documents that were coded on the negative choice designation field outside of the queue.

- **Skipped** - the number of documents served to a reviewer that weren't coded by an end reviewer.

Once the Active Learning model completes its first build, the model builds at maximum every 20 minutes after the previous build to include coding decisions not included in the most recent build. If reviewer activity has been idle for five minutes and there are coding decisions not included in the most recent build, the model will start a build.





---

**Note:** Beginning 9.6.134.78, you can click the hamburger menu icon in top-right corner of the Document Rank Distribution or Prioritized Review Progress charts to export either chart as a PNG file.

---

# 6.1 Document Rank Distribution

This chart lays out all of the project's documents, ranking them from 0 to 100. Documents plotted toward 0 are less likely to be considered as relevant to the reviewer, as predicted by the model. On the other hand, documents closer to 100 are more likely to be coded as relevant. For more information, see Project Monitoring.

# 6.2 Prioritized Review Progress

The Prioritized Review Progress chart measures the relevancy rate every 200 documents, as confirmed by reviewers' coding decisions. More specifically, of the documents in that set of 200, how many were coded as relevant by the reviewer(s). Documents included in the Active Learning model for index health are not included in the relevance rate calculation. For more information, see Project Monitoring.

# 6.3 Review Statistics

In the Review Statistics tab, you'll find data summarizing Prioritized Review, Manually-Selected Documents and Elusion Tests.

---



For more information, see Review Statistics.

## 6.4 Update Ranks

In the top-right corner of the Project Home, you'll see three icons. The first icon is the Update Ranks button . Here, you can manually update the document ranks and ensure the rank categorization field is up to date.



In order to update ranks, you must specify the responsive cutoff. This value determines the minimum rank needed for a document to receive a responsive categorization. This field defaults to 75, but this isn't meant to be a suggestion. You should look at your project to find the lowest score for responsive documents to determine where to set this cutoff score.

Clicking Update Ranks for the first time creates the following fields:

- **Categories - <Project Name> Cat. Set** - the positive or negative choice based on the Responsive Cutoff value. Documents below the cutoff are automatically given the negative choice category.

- **CSR- <Project Name> Cat. Set::Category Rank** - the rank score, on a scale from 0 to 100, from the last time update ranks was run.

- **CSR- <Project Name> Cat. Set::Category Name** - the positive or negative choice based on the Responsive Cutoff value. Documents below the cutoff are automatically given the negative choice category.

The next time you update ranks, these fields are populated with the most up-to-date rank and category information.

While updating ranks, the Update Ranks icon displays a small clock icon in the corner. If you click the icon to open the fly-out modal, you can view the update progress. You can update ranks again only after the current modification is complete.

# 6.5 Notifications

The next icon, Notifications , informs you of any notifications you may have in the project. More specifically, you'll see any project errors here. A red circle will appear in the bottom corner of the Notifications icon if a notification exists. Follow the instructions in the error message to resolve the project error. Once you've resolved the error, the error message will automatically disappear.

# 6.6 Project Settings

The third icon, found in the top-right corner of the Project Home, is Project Settings . This gives an overview of the settings that were selected during the initial project setup (with the exception of Responsive Cutoff). It includes the following Project Details:

- Project Name
- Analytics Index
- Categorization Set
- Review Field
- Positive Choice
- Suppress Exact Duplicates

Click the icon to edit the responsive cutoff value.

The Project Settings also include Review Setup and the Reviewer Group selected.



## 6.7 Prioritized Review

The Prioritized Review queue serves documents that are most likely to be coded on the positive choice (ex. Relevant) with a small set of documents included for index health. The documents included for index health are system-selected to help the model develop a better range of training. Any coded document contributes to the model's learning

### 6.7.1 Adding Reviewers

From the project homepage, admins can add reviewers to each queue on a user-by-user basis or in bulk.

To add reviewers:

1. Click **Add Reviewers** in the queue modal.

2. Find and select an individual reviewer, or type to enter a reviewer name. You can also click **All Users** to select every user in the group.

3. Click the green check mark to save your changes.

4. Click the red X to cancel reviewer changes.

> **Note:** We recommend no more than 20 concurrent reviewers per project. Concurrent reviewers are defined as reviewers making coding decisions in an Active Learning queue. There is no limit to how many reviewers you can add to a queue as long as the number of concurrent reviewers remains at 20 or fewer.

## 6.7.2 Starting the Prioritized Review queue

To start the Prioritized Review queue:

1. Successfully add reviewers to the queue.

2. Click **Start Review**.

The next time an active reviewer accesses the view for the Active Learning project, they will see a blue banner which indicates they have access to the queue. The view also displays any documents coded by the logged in user for that particular Active Learning project. The Prioritized Review queue serves documents that are most likely to be relevant with a small set of documents included for index health. However, if you start the Prioritized Review queue before a model build occurs, the queue initially serves up random documents.

After the project begins, you can see the following items in the Prioritized Review queue modal:

- **Coded** - the number of documents coded and skipped in the Prioritized Review queue.

- **Docs Remaining** - the number of documents reviewers would need to review in the prioritized review to review all documents currently ranked 75 or higher.

  > **Note:** We recommend ignoring this value as the calculation may be ambiguous or inaccurate. This field will be deprecated in a future version.

- **Active Reviewers** - the number of reviewers added to the project.

Admins can pause the review at any point in the project by clicking the **Pause Review** button on the project modal. Once the review is paused, the access point on the document view is disabled. You can restart the review at any time. Documents coded on the review field while the review is paused are included the next time the model rebuilds. For more information, see Project Setup.

## 6.7.3 Adding new documents

If you want to add new documents to your Active Learning project after review has begun, complete the following:

1. Click **Pause Review** to stop the review queue.

2. Add your new documents to the saved search used as the searchable set for the classification index.

3. Navigate the **Analytics indexes** tab, and then click the classification index used to create your Active Learning project.

4. On the index console, click **Populate Index: Incremental**.

5. Once the index finishes populating, return to your review queue and click **Start Review**.

**Note:** All documents, including the newly added documents, are given a rank score after the incremental population.

# 6.8 Elusion Test

An Elusion Test is used to validate the accuracy of an Active Learning project. The goal of the Elusion Test is to find how many lowly ranked documents are actually highly relevant documents that you would leave behind if you stopped the project at that point. We recommend running the Elusion Test near the end of the project when you believe the project has stabilized and the low-ranking documents have an acceptably low relevance rate. However, you can run an Elusion Test at any point during the project.

The Elusion Test is available as an additional card. When you run the Elusion Test, you specify the confidence level, margin of error, and rank cutoff. The elusion sample is taken from not coded documents below the specified rank cutoff. The not coded documents include documents never reviewed and documents that were skipped.

- **Elusion** - the proportion of non-produced documents (in our case, documents below the rank cutoff) that are relevant.

Reviewers then code these documents on the same project review field to see what relevant documents remain, which ultimately result in Elusion calculations.

- **Elusion rate** - the percentage of documents coded relevant in the elusion sample. A lower elusion rate indicates a project is close to completion.





## 6.8.1 Starting the Elusion Test

The Elusion Test appears along with the other review queues after a new project is created. Starting an Elusion Test disables all other active queues in the project and suspends model updates until the Elusion Test is completed.

To run an Elusion Test, complete the following:

1. Click **Add Reviewers** on the Elusion Test and confirm you want to start an Elusion Test.

   **Note:** We recommend no more than 20 concurrent reviewers per project. Concurrent reviewers are defined as reviewers making coding decisions in an Active Learning queue. There is no limit to how many reviewers you can add to a queue as long as the number of concurrent reviewers remains at 20 or fewer.

2. Wait for the system to set up the test. Once the queue reads **Click to setup the Elusion Test**, click the queue.

3. On the Elusion Test set up window, complete the following fields:

   - **Responsive Cutoff** - the rank below which the Elusion Test will sample non-coded, predicted non-relevant documents (not reviewed, skipped, suppressed duplicates).

   - **Sample Type**
     - **Fixed** - creates a random sample of fixed number of documents.
     - **Statistical** - creates a random sample set of a size that is based on a given Confidence and Margin of Error.

- **Confidence (%)** - the probability that the rate in the sample is a good measure of the rate in the project universe (i.e., within the margin of error). Selecting a higher confidence level requires a larger sample size.

- **Margin of Error (%)** - the normal variability between the observed rate in the sample and the true rate in the project universe. Selecting a lower margin of error requires a larger sample size. Margin of error can change if documents were skipped in the Elusion Test.

- **Reviewers** - the users that will review documents in the Elusion Test.

4. Click the green check mark to accept your settings.

5. Click **Start Review**.

## 6.8.2 Running an Elusion Test

Elusion Test statistics are reported in Review Statistics and update during an Elusion Test. You can cancel an Elusion Test at any time. You can also pause a review by clicking the **Pause Review** button.

Reviewers access the queue from the document list like all other queues. Reviewers code documents from the sample until all documents have been served, at which case the following message appears:



**Notes:**
- For best results, we strongly recommend coding every document in the Elusion Test and avoiding skipping documents. Skipped documents are considered not relevant in Elusion Test results.

- If a document was skipped during Prioritized Review or Coverage Review and is then served during the Elusion Test, the Review Statistics for that queue are also updated.

When a reviewer saves documents in the Elusion Test, the documents are tagged in the **<Project Name> Elusion Test** multi-choice field.

**Note:** Manually coded documents are not sampled for Elusion Tests.

## 6.8.3 Reviewing Elusion Test results

Once reviewers code all documents in the sample, you can access Elusion Test results by clicking **View Elusion Test Results**.

Based on the coding of the elusion test sample, the results display the following:

- **Elusion Rate** - the percentage of documents coded relevant in the elusion sample. Documents that are skipped during the Elusion Test queue are only included in the denominator (i.e., treated as not relevant). Therefore, you must code all the documents in the elusion sample to ensure that the calculated elusion rate is a valid estimate for the overall discard pile population.
  The elusion rate is displayed as a range that applies the margin of error to the rate measured in the sample, yielding the expected elusion rate across all uncoded documents predicted not relevant. The rate is rounded to the nearest whole percentage.

- **Eluded Documents** - the estimated number of eluded documents. This number is subject to the final confidence and margin of error which can be found in review statistics.

- **Pending Documents** - the number of documents that have not been submitted to the model, including documents in the elusion test sample and manually-selected documents coded while the elusion test was taking place.

If you find the results of the Elusion Test acceptable, select whether to **Update ranks upon completion**, and then click **Complete Project** to close the project. Once the project is complete, the model remains frozen. Any coding decisions that occurred after the Elusion Test was administered remain suppressed from the model.

**Note:** Updating ranks upon accepting Elusion Test results will use the Elusion Test Rank Cutoff. In versions of Active Learning before 9.6.134.78, updating ranks will use the most recent Responsive Cutoff.

If you don't find the results of the Elusion Test acceptable, click **Resume Project**, and then click again to re-open the Active Learning project. This unlocks the model's learning and submits documents that were coded since administering the Elusion Test to the model.

Elusion Test statistics are reported in Review Statistics and persist after an Elusion Test is finished. This data is located under the Elusion Test tab.

See Review Statistics for more information.



# 7 Project monitoring

Once the Active Learning model completes its first build, the model rebuilds every twenty minutes to include coding decisions not in the most recent build. However, if Active Learning detects reviewer inactivity of at least five minutes, a build will take place before the twenty-minute threshold is reached. Admins have a number of ways to monitor the progress of an Active Learning project.

## 7.1 Document rank distribution

The Document Rank Distribution is one of the monitoring charts in the Active Learning project homepage. This ranks each document in the model, including manually-selected documents, based on how it relates to the overall project. A relevance rank near zero indicates the model believes the document is more likely coded on the negative review field choice. On the other hand, a rank closer to 100 means the model believes a document is more likely to be coded on the positive review field choice. In the early stages of an Active Learning project, most documents will have a relevance rank score between 40 and 60 until the model begins training.

The review state of the documents are also overlaid on this distribution. Note that it is possible for a document coded on the positive choice to have a lower relevance ranking; this is because the rank is simply the model's prediction.



The dashboard reports documents reviewed from the Prioritized Review queue, as well as documents coded outside of the queue. Admins will see the following colors on the chart:

- **Blue (Coded Positive Choice)** - a document was coded on the positive choice review field.

- **Yellow (Coded Negative Choice)** - a document was coded on the negative choice review field.



- **Purple (Not Reviewed)** - the documents are within the project's scope, but have not yet been coded and are based on Relativity's predictions.

- **Green (Skipped)** - a document was skipped.

- **Red (Suppressed Duplicate)** - the documents are suppressed because their learning is taken care of by other textually similar documents.

> **Note:** When a full population is performed, all previously identified suppressed documents are marked as "Not Reviewed" in the Document Rank Distribution chart.

### 7.1.1 Document rank distribution chart

You can interact with the Document Rank Distribution Chart to hide the different categories of documents. You can easily view particular categories of documents that remain in the chart. For example, to hide the Not Reviewed documents, click on the purple box to the right of Not Reviewed. Upon clicking, the bar chart will rescale for the remaining documents.

#### 7.1.1.1 Monitoring document rank distribution

Use the rank distribution chart to understand the following:

- The number of predicted, relevant documents that remain for review.

- The agreement between reviewers and the Active Learning model.

- The number of documents the model does not understand well.

As the model learns throughout the project life cycle, the Rank Distribution is expected to gravitate toward 0 or 100 depending on how documents are coded on the positive choice or negative choice. If a coding decision is updated on a Prioritized Review document, it will not change to a manually selected document. Each time an admin accesses this page - via a page refresh or from a different page - the latest data will reflect in the Project Home display.

## 7.2 Prioritized review progress

The Prioritized Review Progress chart displays the effectiveness of the prioritized review queue's ability to locate the relevant documents by measuring the relevance rate. More specifically, the relevance rate measures the percentage of documents that were predicted to be relevant that were then confirmed as relevant by reviewers' coding decisions.

Relevance rate is calculated every 200 documents for frequent feedback. Once 200 documents are coded in prioritized review, relevance rate data appears on the chart.

> **Notes:**
> - Documents included in the Active Learning queue for index health are excluded from the relevance rate calculation.
>
> - If only manually-selected documents are coded, the Prioritized Review Progress chart won't display relevance rate data.





---

**Note:** This measurement is not cumulative with regard to the entire document set.

---

### 7.2.0.1 Monitoring prioritized review progress

In the beginning of the project, the Relevance Rate may be low as the model learns the meaning of responsive. However, as reviewers code documents and the model learns, this rate will improve because the model becomes better at locating relevant documents. Eventually, this Relevance Rate will plateau and decline. Declines in Relevance Rate indicate that the project is near completion since the model is serving up fewer relevant documents to reviewers. This indicates that you can move to the Elusion Test to validate completion. For more information, see Elusion Test.



> **Note:** Documents used for Index health are not included in the Relevance Rate calculation.

## 7.3 Quality control

If you want to run a quality control check on reviewer's coding decisions, complete the following:

1. Update ranks via the **Update Ranks** button on the Project Home page
2. Create a saved search where the following conditions are met:
   a. Documents coded on the positive choice
   b. **CSR - <Project Name> Cat. Set::Category Rank** is less than the chosen cut-off rank
3. Sample documents.
4. Inspect documents for incorrect coding decisions.

You can also take a random sample of documents to determine the richness rate.

# 8 Review statistics

In the Review Summary section, you'll see three tabs: Prioritized Review, Manually-Selected Documents and Elusion Test.

## 8.1 Prioritized Review

The Prioritized Review tab shows the effectiveness of the Prioritized Review queue's ability to locate relevant documents by reporting the review field breakdown and relevance rate each 200 documents.

The Prioritized Review chart contains the following columns:

- Prioritized Review
- # of Reviewers
- Coded on the Positive Choice Review Field
- Coded on the Negative Choice Review Field
- Skipped
- Relevance Rate

For every 200 documents that are coded, a new row in the **Prioritized Review** table will appear.



## 8.2 Elusion Test

Use the Elusion Test tab to monitor the progress to completing the Active Learning project. A new row is created when an Elusion Test starts and is populated with the available information about the Elusion Test. The last four columns populate as documents are coded and appear upon page refresh. If an Elusion Test is stopped before completion, the last four columns display values for what was coded.

The Elusion Test tab contains the following columns:

- **Review** - each review is called Elusion Test plus a numeral. For example, the first Elusion Test is "Elusion Test 1" and it will increase by one each sequential Elusion Test.

- **Start Date** - the UTC date and time the Elusion Test was started.

- **Rank Cutoff** - user input when turning on the Elusion Test.

- **Discard Pile Size** - Number of documents below the rank cutoff that are not coded.

- **Sample Size** - number of documents in the Elusion Test. This number is computed when the Elusion Test is started.

- **Coded** - number of documents coded by reviewers in the Elusion Test.

- **Skipped** - number of documents served up to reviewers but not coded in the Elusion Test.

- **Pending Document Count** - number of documents with coding changes, including documents coded in the Elusion Test (not skipped documents in Elusion Test) and manually selected documents not contributing to the model's learning.

- **Confidence Level** - user input or calculated when turning on the Elusion Test.

- **Margin of Error** - user input when turning on the Elusion Test. Margin of error can change if documents were skipped in Elusion Test.

- **Number of Eluded Documents** - predicted number of eluded documents below Rank Cutoff. This figure is calculated as follows: Elusion Rate * Discard Pile Size).

- **Coded [Positive choice]** - the number of documents coded with the positive designation on the review field.

- **Coded [Negative choice]** - the number of documents that were coded on the positive choice designation field outside of the project.

- **Elusion Rate Range** - the Elusion Rate Range measured in percent. Please note this value is rounded to the nearest percent.

- **Eluded Document Range** - the Elusion Rate Range measured in number of documents.



# 8.3 Manually-Selected Documents

The Manually-selected Documents chart displays the number of document coding decisions made outside of the Active Learning queue on a given day.

The Manually-selected Documents tab contains the following columns:

- Manually-selected documents
- Coded on the positive choice review field
- Coded on the negative choice review field
- Date submitted (UTC)



## Proprietary Rights

This documentation ("**Documentation**") and the software to which it relates ("**Software**") belongs to Relativity ODA LLC and/or Relativity's third party software vendors. Relativity grants written license agreements which contain restrictions. All parties accessing the Documentation or Software must: respect proprietary rights of Relativity and third parties; comply with your organization's license agreement, including but not limited to license restrictions on use, copying, modifications, reverse engineering, and derivative products; and refrain from any misuse or misappropriation of this Documentation or Software in whole or in part. The Software and Documentation is protected by the **Copyright Act of 1976**, as amended, and the Software code is protected by the **Illinois Trade Secrets Act**. Violations can involve substantial civil liabilities, exemplary damages, and criminal penalties, including fines and possible imprisonment.

**©2020. Relativity ODA LLC. All rights reserved. Relativity® is a registered trademark of Relativity ODA LLC.**

