# EXHIBIT 3



# Active Learning in Technology-assisted Review

Relativity's Approach to SVM and the Tech Behind It

January 31, 2018

# Contents

Executive Summary ........................................................................................................3

Foreword ......................................................................................................................3

SVM and Active Learning Overview ...........................................................................4

Elements of Active Learning ........................................................................................6

Monitoring and Validating the Project ........................................................................8

Takeaways ..................................................................................................................10

Glossary ....................................................................................................................10

Authors ......................................................................................................................10

# Executive Summary

Technology-assisted review (TAR) software helps you find your most relevant documents faster by training the system on what data are important to a specific matter. The active learning workflow in Relativity Assisted Review learns what's important in real time, continuously refining its understanding of what's responsive, getting smarter as the review progresses.

It's easy to set up an active learning project and get started, but there's a lot going on behind the scenes. This paper will explore the technology behind the active learning workflow as well as how the workflow runs from beginning to end.

# Foreword

Customers have had a lot of success using Relativity Assisted Review. It's a flexible, transparent, defensible TAR workflow that you can integrate with all the other tools in Relativity. Using Assisted Review has **saved our customers countless hours of time and millions of dollars.** Since the launch of Relativity Assisted Review in 2012, we've continued to evaluate new workflows and new technologies to meet the changing needs of the industry. We're excited to introduce active learning as a part of our Assisted Review product.

In the last few years there has been a lot of industry discussion on the topic of active learning. While there are many different labels for this technology, there seems to be universal recognition that this workflow can help you get the most relevant documents in reviewers' hands faster.

As more nations around the world approve the use of TAR in e-discovery, this technology will only grow in importance. Understanding the technology and the workflows it enables will allow you to make better choices for how you tackle ever growing data volumes in an efficient, defensible manner.

**Andrea Beckman**, Director of Product Management
Relativity

# SVM and Active Learning Overview

## What It Is

Support vector machine (SVM) is a binary supervised machine learning classifier at the core of Relativity Assisted Review's active learning workflow. As reviewers code documents, SVM places the documents into one of two groups by determining if it belongs to a given class (e.g., X or not-X). For example, in email spam detection, the classes are "spam" and "not spam." In e-discovery, the classes are "relevant" and "not relevant."

The active learning Assisted Review workflow uses a modified LIBLINEAR—a software package that implements a linear SVM—to perform binary classification. LIBLINEAR is a common package used in several open-source machine learning toolkits including GATE, KNIME, Orange, and scikit-learn.

In Relativity, supervised binary classification is called categorization. A reviewer codes documents, creating training examples which are then used to predict the remaining non-coded documents in the set. For many sophisticated supervised binary classification tasks, like e-discovery document review, coding an optimal amount of training data may be expensive and time consuming. With an active learning workflow, this training can happen more efficiently, resulting in time and cost savings.

In active learning, a recommendation algorithm uses the SVM classification to retrieve specific data to be reviewed by people familiar with the data.[1] The reviewed data are sent back to the classifier and the recommendation algorithm suggests new data to be reviewed. This process repeats until a desired outcome is achieved.[2]

## How It Works

SVM separates two classes of data into distinct categories with a mathematical divider called a hyperplane. The hyperplane is the decision boundary between the classes. SVM's training objective is to find the hyperplane with the largest possible margin between the different training data of each class. A large margin allows the classifier to generalize well and accurately classify data it has not seen in training.

In Figure A, the hyperplane's margin is small, causing the classifier to incorrectly categorize the uncoded data (open Xs). In Figure B, the hyperplane has a large margin, ensuring that the uncoded data are classified correctly.



**Figure A: generalization small margin hyperplanes**

---

**1** Active Learning Literature Survey, Burr Settles, 2010, p3-4

---

**2** Active learning, while related in concept, should not be confused with the education technique of the same name.

The training data on the edge of the hyperplane's margin (dashed lines in Figure C) are called support vectors (circled in Figure C). The hyperplane is determined by these support vectors. Adding training data outside of the margin does not impact the hyperplane.

The support vectors are why SVM reaches stability so quickly. Only new training data that fall within the margin require adjustment of the hyperplane. The active learning recommendation algorithm can quickly determine what data have the biggest impact to the hyperplane based on the data's relationships to the hyperplane's margin.

If the uncoded data are on the positive side of the hyperplane, they're placed in the responsive category. If they're on the negative side of the hyperplane, they're placed in the not responsive category.

Each uncoded document is scored based on which side of the hyperplane it's on and its distance from the hyperplane. These raw scores are scaled via a sigmoid function. The score indicates how likely a given document is to be relevant, according to the classifier.



**Figure B: generalization large margin hyperplanes**



**Figure C: support vectors**

# Elements of Active Learning

## The Classification Index

To get started, create a saved search of your document universe. You can then easily create a classification index, which will serve as the backing classification driver, while the active learning project will enable the prioritized review workflow.

It's simple to set up, but there's a lot going on behind the scenes. After index creation, all text from the provided saved search is sent to the classification index. To ensure the best index possible, all text is processed through a pipeline that removes English stop words, email headers, and numbers.

As SVM builds a binary classification model, words that are coded as being both relevant and non-relevant tend to be given low importance during the training of the model. This results in the index ignoring repetitive text, eliminating the need to identify repeated content for classification indexes.

The model built by the classification index is unique to the coding decisions submitted and will only reflect those documents. As a result, you'll need to create a classification index for each active learning project.

## Sources

Any document coded on the review field will contribute to the active learning project.[3] There are two sources of coded documents, including the active learning queue and documents found outside of the active learning queue known as manually selected documents.

Manually-selected documents are not required, but when available, they help "warm up" the model's definition of relevance and jump-start the project, allowing the prioritized review queue to serve up highly relevant documents even faster.

## The Prioritized Review Queue

Active learning employs a queue-based system that allows for continuous updates to the model while providing a steady stream of highly relevant documents for review. Coding decisions are sent to the model,

the model updates, and the latest set of prioritized documents are made available for review.



### Prioritized Review Mixture

To enable a prioritized review workflow, documents are selected that have the highest confidence of being relevant after each model build.

Along with the highest ranked available documents, the active learning queue will insert documents that allow the model to learn from all possible definitions of relevance. To achieve this, a small number of non-highly ranked documents, or uncertain documents, are inserted into the mix with other highly ranked documents.

### Initial Document Selection and List Creation

Upon project creation, the latest set of highly ranked documents is pulled from the model and stored in a local list maintained by the active learning project. The number of active reviewers determines the size of the list, with more active reviewers resulting in a larger list.



This local list of documents manages the assignment of documents to reviewers and ensures the list reflects the latest model state.

---

3 We say "project's document" to refer to documents included in the project's index. Documents outside of the index, which are coded on the project's review field, do not influence the underlying model.

### List Updates

As the model is updated with coding decisions, older documents—based on previous model updates—are purged from the list in favor of the model's most recent learning. Purged documents can be re-added later if a new model sees fit (Figure D).

As documents are reviewed, and new documents are requested, the next available document from the list is served up to the reviewer (Figure E). If for any reason the list of available documents for review is depleted, more prioritized documents are retrieved from the model and made available (Figure F).

Reviewers have the option to code a document relevant or non-relevant, or skip a document. Skipped documents are treated as a non-coding decision and are no longer eligible for review by another reviewer.

Active learning projects maintain an updated list of available documents that reflect the latest definition of relevance and ensure there's a steady stream of documents for review with no downtime. It also eliminates the need and maintenance associated with batching.

### Model Builds

Active learning will update the model using a pattern determined by time and coding velocity. Model updates happen in the background to avoid disruption to review.

During model updates, new coding decisions educate the model, allowing it to redraw a new hyperplane. All documents are re-ranked based on their new distance from the hyperplane, allowing new high-ranking documents to be served up.

As coding decisions are added to the project, the model will update if a five-minute lapse in reviewer coding is detected or a maximum time of 20 minutes since the last build has occurred. In the event of either occurrence, the model will update with the latest set of coding decisions.

## Incremental Builds

As new documents become available in your workspace, they can be added to the active learning project by incrementally building the associated



**Figure D: older documents are purged from the list**



**Figure E: reviewers request documents from the list**



**Figure F: more prioritized documents are retrieved from the model and made available for review**

classification index. When the build is complete, these documents will be ranked during the next model update, making them available for selection by the prioritized review queue when it refreshes.

## Training the Model

SVM uses the documents closest to the hyperplane to determine how best to build the model. The determination of the hyperplane is also achieved through consideration of all coding decisions. It doesn't follow a single nearest neighbor approach, so reviewers don't need to determine if a document is a good candidate for training the model.

Following best practices for review—and keeping a consistent definition of relevance—is still the most important factor, but because it's very unlikely for an incorrectly coded document to be a support vector, incorrect coding decisions have less influence on the hyperplane and the model.

# Monitoring and Validating the Project

## Monitoring with Relevance Rate

Administrators can use the relevance rate report to monitor active learning projects. The relevance rate measures the prioritized review queue's effectiveness in serving up relevant documents. It is a calculation of precision defined as the percentage of categorized relevant documents that are coded as relevant by reviewers.[4] For example, if the model categorizes 10 relevant documents and human reviewers code eight as relevant, the relevance rate is 80 percent.

### Factors Impacting Relevance Rate

Three factors impact the relevance rate's progression:

1. **Amount of Manually Selected Documents Submitted**

The number of manually selected documents submitted at the beginning of a project determines initial relevance rates. Starting a project with few or no manually selected documents would result in initially lower relevance rates. In any case, the prioritized review queue continuously learns from reviewer coding decisions causing the relevance rate to rise.

2. **Richness**

Once a project's relevance rate reaches its peak, richness determines how long it remains elevated. Richness—sometimes referred to as prevalence—is the percentage of relevant documents that can be expected in a project, which can be estimated by coding a random sample of all project documents.

3. **Consistent Coding**

SVM technology, although resilient to some unreliable reviewer behavior, requires the reviewers to make consistent coding decisions. If reviewers code similar documents inconsistently, the model will struggle to find relevant documents and the relevance rate will stagnate.

## Monitoring Relevance Rate

The project updates relevance rate metrics every 200 documents, including any document that has been skipped. When the relevance rate signals completion, administrators can move on to validating the project's completion. In the beginning of the project, relevance rate should rise with each reporting interval. Once it plateaus, monitoring it becomes an exercise of seeing any precipitous falls, which indicate most or all relevant documents have been found.[5] This is an indicator that you're ready to perform an elusion test to determine if your project is complete. Waiting until the relevance rate drops presumes you intend to review all relevant documents.



---

[4] We say "precision calculation" rather than calling relevance rate "precision" because it is not reflective of the entire project population. Relevance rate represents a biased sample of relevant documents.

---

[5] 19 Sedona Conf. J. 1 (forthcoming 2018)

## Elusion Testing to Validate

While technology-assisted review allows for many methods of validating the project's completion, active learning employs a different approach: elusion. The elusion test is an estimate of the number of relevant documents that the model missed. To determine this estimate, a statistical sample of categorized non-relevant documents is coded to find out how many relevant documents appear. If the elusion is acceptably low, the administrator justifiably ends the project. If the elusion is too high, the administrator resumes review for model improvement.

### How the Elusion Test Works

When the relevance rate signals the project is complete, you're ready to start the elusion test.

During an elusion test the model is frozen by turning off all active learning queues and suspending all model builds. If new coding decisions came in since the last model build and the initiation of the test, one final build takes place.

The administrator chooses the rank cutoff, confidence level, and margin of error for the sample of unreviewed documents to be coded by reviewers. The sample is taken of unreviewed documents, both uncoded and skipped, sitting below the rank cutoff. The given confidence level, margin of error, and the size of the population below the cutoff determines the sample size.

The sample is coded by reviewers designated by the administrator. Once the sample's coding completes, active learning notifies the project of the elusion results.

Active learning allows unlimited elusion tests to be taken until the desired results are achieved. Like all active learning queues, the history of elusion tests is reported in review statistics for a complete project audit.

# Takeaways

The active learning workflow in Assisted Review harnesses SVM technology to help you quickly power through the review of large amounts of data. Because the system keeps a pulse on coding decisions in real time and constantly refines its understanding of what's responsive, you can find the most important documents faster. With the ability to monitor the relevance rate, and run an elusion test to determine when your project's complete, your results are validated with transparent, defensible statistics.

# Glossary

**Hyperplane** – The optimal separation divider between two categories of data.

**Recommendation algorithm** – The algorithm that determines which documents should be served up for review.

**Stop words** – Words that don't act as meaningful criteria. Relativity includes a default list of stop words.

**Support vector machine (SVM)** – A binary supervised machine learning classifier that determines which category each document falls into.

# Authors

**Josh Borders**, Technical Product Manager, Relativity

**Brandon Gauthier**, Lead Software Engineer, Relativity

**Elise Tropiano**, Senior Technical Product Manager, Relativity



231 South LaSalle Street | 8th Floor
Chicago, Illinois 60604
+1 (312) 263-1177 | relativity.com

© Relativity. All rights reserved.